SCOTT KEITH WILSON, Federal Public Defender (#7347)
EMILY A. STIRBA, Assistant Federal Public Defender (#17112)
**OFFICE OF FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
emily_stirba@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA (Washington, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ODIN MEACHAM,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br><br><br>Case No.  1:23-mj-00098-GMH-1 |

    EMILY A. STIRBA, Assistant Federal Public Defender, hereby enters an appearance of counsel for the defendant in the above case.

    DATED this 30th day of May, 2023.

                                               */s/ Emily A. Stirba*
                                               EMILY A. STIRBA
                                               Assistant Federal Public Defender